IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SPEAR, et al** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **FENKELL, et al.** | : | **NO. 13-02391** |

### ORDER

A number of defendants filed a Motion seeking 20 hours of deposition testimony from Plaintiff Barbie Spear. Docket No. 197. For the reasons stated in the opinion filed with this order, it is on this 23rd day of July, 2014

### ORDERED

that the motion is denied, without prejudice to its renewal for cause after 1 day of 7 hours' testimony. The parties adverse to Ms. Spear are directed to allocate the time allotted among themselves.

BY THE COURT:

_s/Richard A. Lloret_
**RICHARD A. LLORET**
**UNITED STATES MAGISTRATE JUDGE**