# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SPEAR, et al.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **FENKELL, et al.** | : | **NO. 13-02391** |

## ORDER

For the reasons set forth in the Memorandum Opinion accompanying this Order, it is on this 5th day of December, 2014

## ORDERED

that David Fenkell's and Karen Fenkell's motion to quash subpoenas, Doc. No. 176, is denied. The entities subpoenaed shall produce the documents subpoenaed. Plaintiff's counsel shall serve a copy of this order on all entities subpoenaed. Plaintiffs' counsel shall redact the first five digits of any Social Security number contained in the documents before they are disclosed or used in any fashion in this litigation or elsewhere. No subpoenaed document containing an unredacted Social Security number shall be disclosed to any other party or person.

                                                   _s/Richard A. Lloret_
                                                   RICHARD A. LLORET
                                                   U.S. MAGISTRATE JUDGE