IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SPEAR, et al. | : | CIVIL ACTION |
| v. | : | |
| FENKELL, et al. | : | NO. 13-02391 |

## ORDER

AND NOW this 29th day of January, 2014, upon careful and independent consideration of the pleadings of the parties, hearing transcript, and Report and Recommendation of Magistrate Judge Richard A. Lloret, AND NO OBJECTIONS, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Richard A. Lloret is APPROVED and ADOPTED;

2. The Fenkell Parties' Motion to Dismiss (Doc. No. 113-1) SLMRS's Crossclaims (Doc. No. 87, ¶¶ 1-8), insofar as those claims relate to Counts Four and Five of the Amended Complaint (Doc. No. 68, ¶¶182-188) is **GRANTED.**

3. The Fenkell Parties' Motion to Dismiss (Doc. No. 113-1) SLMRS's Crossclaims (Doc. No. 87, ¶¶ 1-8), insofar as those claims relate to Counts Eleven and Thirteen of the Amended Complaint (Doc. No. 68, ¶¶ 228-36; 245-55) is **DENIED.**

4. The Fenkell Parties' Motion to Dismiss (Doc. No. 113-1) SLMRS's Crossclaims (Doc. No. 87, ¶ 8), insofar as they relate to indemnification, is **DENIED.**

5. The Fenkell Parties' Motion to Dismiss (Doc. No. 113-1) SLMRS's Crossclaims (Doc. No. 87 ¶ 5), insofar as they relate to civil conspiracy claims, is **DENIED.**

SO ORDERED.

HON. JEFFREY L. SCHMEHL
U.S. District Court Judge