# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SPEAR, et al.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **FENKELL, et al.** | : | **NO. 13-02391** |

## O R D E R

AND NOW this __6th__ day of __February__, 2015, for the reasons stated in the accompanying opinion, it is **ORDERED** that:

1. David B. Fenkell's Motion to Dismiss, Doc No. 167, Alliance's Tenth Claim for Relief, Doc No. 68 at ¶¶ 219-27 (or any similar state law claims for relief) of the First Amended Complaint is **DENIED**.

*s/Richard A. Lloret*

HON. RICHARD A. LLORET
U.S. Magistrate Judge