## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SPEAR, et al.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **FENKELL, et al.** | : | **NO. 13-02391** |

### O R D E R

AND NOW this __5th__ day of __February_____, 2015, it is **ORDERED** that:

1. Barbie Spear's Motion to Dismiss (Doc. No. 124) the Sefcovic's and SLAMS' Third Counterclaim for contribution and indemnification (Doc. No. 91 at ¶¶ 25-27) is **GRANTED**.

2. The Sefcovics and SLAMS may file and serve claims for contribution against Barbie Spear, relating to their potential liability under the Eleventh and Thirteenth Claims for Relief contained in the Amended Complaint (Doc. No. 68 at ¶¶ 228-36, 245-55), as a Supplemental Third-Party Complaint, within 14 days of the date of this Order. Ms. Spear shall file a response within 14 days of the date that the Supplemental Third-Party Complaint is served on her.

3. The Motion to Dismiss (Doc. No. 124) the Fourth Counterclaim for breach of contract (Doc. No. 91 at ¶¶ 28-35) is **GRANTED**.

    _s/Richard A. Lloret_
    RICHARD A. LLORET
    U.S. Magistrate Judge