IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SPEAR, et al.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **FENKELL, et al.** | : | **NO. 13-02391** |

**O R D E R**

AND NOW, this 13th day of April, 2015, in light of the motions filed with this court, it is ORDERED that the Intervenors' Motion to Intervene (Doc. No. 315) is DENIED. Intervenors shall have **14 days** from the date of this order to renew their Motion should they wish to join this action without asserting the dilution theory. Intervenors shall comply with Fed. R. Civ. P. 24(c) in the filing of any subsequent Motion to Intervene and should carefully address the potential for delay or prejudice to the rights of the original parties, given the age of the case and the approaching discovery deadline.

BY THE COURT:

*s/Richard A. Lloret*
RICHARD A. LLORET
U.S. Magistrate Judge