IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SPEAR, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FENKELL, et al. | : | NO. 13-02391 |

**O R D E R**

AND NOW, this 13th day of April, 2015, in accordance with the memorandum opinion filed contemporaneously, it is ORDERED that the Fenkell Parties' Motion for Leave to File a Third Amended Third-Party Complaint (Doc. No. 314) is DENIED.

.

BY THE COURT:

*s/Richard A. Lloret*
RICHARD A. LLORET
U.S. Magistrate Judge