# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SPEAR, et al.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **FENKELL, et al.** | : | **NO. 13-02391** |

## O R D E R

AND NOW, this 13th day of April, 2015, in accordance with the memorandum opinion filed contemporaneously, it is ORDERED that the Plaintiffs' Motion for Leave to File a Second Amended Complaint (Doc. No. 322) is DENIED.

BY THE COURT:

_s/Richard A. Lloret_
RICHARD A. LLORET
U.S. Magistrate Judge