# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SPEAR, et al.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **FENKELL, et al.** | : | **NO. 13-2391** |

## O R D E R

I have reviewed defendant David B. Fenkell's motion for production of documents and other relief, Doc. No. 365, as well as plaintiffs' response, Doc. No. 385, and Mr. Fenkell's reply. Doc. No. 400. I have issued with this order a memorandum explaining my reasons for **denying the motion, in part,** and otherwise reserving decision pending supplemental briefing For the reasons stated in my memorandum, it is on this  19th  day of June, 2015,

### ORDERED

As follows:

1.	The Alliance Parties must file a supplemental memorandum on or before July 2, 2015, addressing the deficiencies identified in the accompanying memorandum, sections (F) and (I). The plaintiffs also must revise the Alliance privilege log to respond to the deficiencies identified. The memorandum also must detail who paid for the legal fees generated by the documents identified in section (F).

2.	Mr. Fenkell may supply a responsive memorandum on or before Thursday, July 9, 2015.

3.	Neither memorandum may exceed 15 pages.

4.	Defendant's motion with respect to all the documents identified in the

Spear log **is denied.**

5. Defendant's motion with respect to all Alliance documents except those identified in section (F) and (I) of the accompanying memorandum **is denied.**

6. I reserve decision on the documents identified in section (F) and (I) of the accompanying memorandum until I review the revised log and both sides' supplemental memoranda.

7. Defendant's motion to reopen depositions **is denied,** without prejudice to renewing the motion after I decide what documents, if any, must be turned over.

_s/Richard A. Lloret_
HON. RICHARD A. LLORET
U.S. Magistrate Judge
