# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SPEAR, et al.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **FENKELL, et al.** | : | **NO. 13-2391** |

## O R D E R

I have reviewed Plaintiffs' Joint Motion to Quash Subpoenas issued by Stonehenge to Blank Rome, Pepper Hamilton, and Squire Sanders (Doc. No. 361), the Stonehenge Response (Doc. No. 374), and the Plaintiffs' Reply (Doc. No. 393). After careful consideration it is

**ORDERED**

As follows:

1. The Motion to Quash the Subpoenas (Doc. No. 361) issued by Stonehenge **is granted in part and denied in part.**

2. Alliance shall provide a redacted copy of the Squire Sanders settlement agreement containing the following by **July 10, 2015**:

    a. The names of the parties and dates of agreement;

    b. Signature of the parties;

    c. Any indemnification provisions between Squire Sanders and Alliance.

                                               _s/Richard A. Lloret_
                                               HON. RICHARD A. LLORET
                                               U.S. Magistrate Judge