IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SPEAR, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FENKELL, et al. | : | NO. 13-2391 |

### ORDER

On this 19th day of August, 2015, after careful review of the First Amended Cross-claims of Student Loan Management and Research Services (SLMRS) (Doc. No. 252), the Fenkell Parties' motion to dismiss (Doc. No. 267), and SLMRS' reply (Doc. No. 280) it is

### ORDERED

that the motion to dismiss is GRANTED in part, as follows:

1. SLMRS' first cross-claim (Doc. No. 252) is dismissed WITHOUT prejudice. SLMRS shall have 14 days from the date of this order to amend;

2. SLMRS' second cross-claim (Doc. No. 252) with respect to the aiding and abetting claim is dismissed WITHOUT prejudice. SLMRS shall have 14 days from the date of this order to amend;

3. SLMRS' third cross-claim (Doc. No. 252) is dismissed WITHOUT prejudice. SLMRS shall have 14 days from the date of this order to amend;

4. SLMRS' fourth cross-claim (Doc. No. 252) insofar as it seeks equitable indemnification under ERISA, federal common-law, or Pennsylvania law, is dismissed WITH prejudice; and

5. SLMRS' fourth cross-claim (Doc. No. 252) insofar as the cross-claim seeks

contribution arising out of the Fourth and Fifth Claims for Relief in the First Amended Complaint, is dismissed WITH prejudice.

**FURTHERED ORDERED**

That the motion to dismiss is denied in part, as to

6. SLMRS' second cross-claim (Doc. No. 252) with respect to the conspiracy claim; and

7. SLMRS' fourth cross-claim (Doc. No. 252) insofar as the cross-claim seeks contribution arising out of the Eleventh and Thirteenth Claims for Relief in the First Amended Complaint (alleging accomplice and co-conspirator liability under Pennsylvania law).

*s/Richard A. Lloret*_____
HON. RICHARD A. LLORET
U.S. Magistrate Judge
