# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SPEAR, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FENKELL, et al. | : | NO. 13-2391 |

## ORDER

AND NOW, it is on this 21st day of September, 2015, **ORDERED** that

1. The Defendants' Motion for Relief from Judgment and Reconsideration (Doc. No. 443) is **DENIED**.

2. Plaintiffs' Motion for Leave to File a Sur-Reply (Doc. No. 462) is **GRANTED**.

                                               **BY THE COURT:**

                                               _s/Richard A. Lloret_
                                               HON. RICHARD A. LLORET
                                               U.S. Magistrate Judge