# EXHIBIT 34

October 28, 2014 Paul Sheldon Deposition Exhibit 3

Filed Under Seal