# EXHIBIT 111

**ALLIANCE HOLDINGS, INC.**

7032

| Vendor | SSD | | Check Date | 9/14/2009 | Check Number | 007032 | |
|---|---|---|---|---|---|---|---|

| Ref Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
|---|---|---|---|---|---|---|
| 006484 | August 31, 2009 | 9/14/2009 | 92,196.65 | 92,196.65 | 0.00 | 92,196.65 |

PRODUCT DLM205    USE WITH 91500 ENVELOPE    MCBEE  To Reorder: 1-800-662-2331 or www.mcbeeinc.com    PRINTED IN U.S.A.    A

0134

CONFIDENTIAL

AH_EDPA_01475800

ALLIANCE HOLDINGS, INC.

BILLING BREAK-DOWN THROUGH AUGUST 31, 2009

| MATTER NAME | AMOUNT BILLED | CLIENT/MATTER # |
|---|---|---|
| General (Corporate; Mezzanine; Alliance Employee Services) | $10,296.94 | 010470.00005 |
| Acquisitions (Ice House) | $781.43 | 010470.00009 |
| ESOP Maintenance (JPMorgan Chase; Alexander) | $14,557.89 | 010470.00038 |
| Spencer | $1,923.85 | 010470.00055 |
| Spectral Response Inc. | $15,396.39 | 010470.00061 |
| Mitternight Boilerworks, Inc. | $518.75 | 010470.00062 |
| Trachte Litigation (2009) | $34,805.15 | 010470.00063 |
| Design Tanks, Inc. | $13,916.25 | 010470.00064 |
| | | |
| Total Due through 08/31/09 | $92,196.65 | |

*Separate out all mezz expenses*

*Batch #1700*
*Ref #6484*

# SQUIRE, SANDERS & DEMPSEY L.L.P.

CINCINNATI · CLEVELAND · COLUMBUS · HOUSTON · LOS ANGELES · MIAMI · NEW YORK
PALO ALTO · PHOENIX · SAN FRANCISCO · TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM BEACH
CARACAS · RIO DE JANEIRO · SANTO DOMINGO · SÃO PAULO
BRATISLAVA · BRUSSELS · BUDAPEST · FRANKFURT · KYIV · LONDON · MOSCOW · PRAGUE · WARSAW
BEIJING · HONG KONG · SHANGHAI · TOKYO
ASSOCIATED OFFICES: BUCHAREST · BUENOS AIRES · DUBLIN · SANTIAGO

Alliance Holdings, Inc.
Attn: David B. Fenkell
1021 Old York Road, 3rd Floor
Abington, Pennsylvania 19001

| | |
|---|---|
| Invoice Number: | 8494945 |
| Invoice Date: | 09/04/09 |
| Matter Number: | 010470.00005 |

## REMITTANCE COPY

**General Matters**

### INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 10,201.25 |
| Disbursements: | $ 95.69 |
| **Amount Due for this Invoice:** | **$ 10,296.94** |

## PAYMENT INSTRUCTIONS

**Remit Check Payments to:**

Squire, Sanders & Dempsey L.L.P.
P.O. Box 643051
Cincinnati, OH 45264
Phone: 216.687.3400
Fax: 216.687.3401

**Remit Wire Payments to:**

US Bank
425 Walnut St.
Cincinnati, OH 45264
For credit to the account of
Squire, Sanders & Dempsey L.L.P.
Bank Routing #042-0000-13
Bank Account #576762314
SWIFT Code: USBKUS44STL

**Direct Billing Inquiries to:**

Paul F. Sefcovic
2000 Huntington Center
41 South High Street
Columbus, OH 43215
United States
Phone: +1.614.365.2700
Fax: +1.614.365.2499
email: psefcovic@ssd.com

**Please Include Invoice Number with all Payments**
Tax Identification Number 34-0648199

CONFIDENTIAL

SQUIRE, SANDERS & DEMPSEY L.L.P.

010470.00005

09/04/09

Alliance Holdings, Inc. / General Matters

Page 1

Invoice Number: 8494945

## GENERAL MATTERS

### LEGAL SERVICES

| DATE | HOURS | TIMEKEEPER | AMOUNT | NARRATIVE |
|---|---|---|---|---|
| 08/11/09 | 1.75 | L. Samblanet | 358.75 | Attention to preparation of dissolution documents for Alliance Employee Services; review entity status at Ohio Secretary of State; advise F. Esposito regarding tax cancellation. |
| 08/18/09 | 2.00 | A. Swary | 660.00 | Meeting with D. Hughes regarding Mezzanine Loan Program; review Mezzanine structure memorandum to D. Fenkell; review back-up documentation on the same; review forms of Mezzanine loan documentation. |
| 08/20/09 | 4.75 | A. Swary | 1,567.50 | Draft Mezzanine loan documentation agreements. |
| 08/21/09 | 3.50 | A. Swary | 1,155.00 | Draft forms of Mezzanine loan documentation. |
| 08/24/09 | 3.25 | A. Swary | 1,072.50 | Revise draft Mezzanine loan documents. |
| 08/25/09 | 6.00 | A. Swary | 1,980.00 | Revise forms of Mezzanine loan documents. |
| 08/26/09 | 2.00 | M. Bailey | 580.00 | Research and analyze recent developments regarding document retention policies. |
| 08/27/09 | 1.50 | M. Bailey | 435.00 | Continue to research and analyze recent developments regarding document retention policies; review email from D. Fenkell regarding same. |
| 08/28/09 | 3.25 | M. Bailey | 942.50 | Draft and revise document retention policy; meet with D. Hughes regarding same; meet with E. Preston regarding merger agreement for potential acquisition. |
| 08/31/09 | 5.00 | M. Bailey | 1,450.00 | Draft and revise document retention policy; review recent articles and other publications regarding same. |

TOTAL HOURS: **33.00**

TOTAL SERVICES: **$ 10,201.25**

### TIME SUMMARY

| TIMEKEEPER | HOURLY RATE | HOURS | TOTAL |
|---|---|---|---|
| ASSOCIATES | | | |

| | | | |
|---|---|---|---|
| M. Bailey | 290.00 | 11.75 | 3,407.50 |
| A. Swary | 330.00 | 19.50 | 6,435.00 |
| **TOTAL FOR ASSOCIATES** | | **31.25** | **$9,842.50** |
| **LEGAL ASSISTANTS** | | | |
| L. Samblanet | 205.00 | 1.75 | 358.75 |
| **TOTAL FOR LEGAL ASSISTANTS** | | **1.75** | **$358.75** |
| **TOTAL SERVICES:** | | **33.00** | **$10,201.25** |

## DISBURSEMENT SUMMARY

| | |
|---|---|
| Printing/duplicating-in-house | 12.78 |
| Telephone | 82.91 |
| **TOTAL DISBURSEMENTS:** | **$95.69** |

## MATTER TOTAL

| | |
|---|---|
| **TOTAL SERVICES:** | **$10,201.25** |
| **TOTAL DISBURSEMENTS:** | **$95.69** |
| **TOTAL AMOUNT DUE FOR THIS MATTER:** | **$10,296.94** |

CONFIDENTIAL

# SQUIRE, SANDERS & DEMPSEY L.L.P.

CINCINNATI · CLEVELAND · COLUMBUS · HOUSTON · LOS ANGELES · MIAMI · NEW YORK
PALO ALTO · PHOENIX · SAN FRANCISCO · TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM BEACH
CARACAS · RIO DE JANEIRO · SANTO DOMINGO · SÃO PAULO
BRATISLAVA · BRUSSELS · BUDAPEST · FRANKFURT · KYIV · LONDON · MOSCOW · PRAGUE · WARSAW
BEIJING · HONG KONG · SHANGHAI · TOKYO
ASSOCIATED OFFICES: BUCHAREST · BUENOS AIRES · DUBLIN · SANTIAGO

Alliance Holdings, Inc.
Attn:  David B. Fenkell
1021 Old York Road, 3rd Floor
Abington, Pennsylvania 19001

| | |
|---|---|
| Invoice Number: | 8494947 |
| Invoice Date: | 09/04/09 |
| Matter Number: | 010470.00009 |

## REMITTANCE COPY

Acquisitions

### INVOICE SUMMARY

| | |
|---|---:|
| Fees: | $ 781.25 |
| Disbursements: | $ 0.18 |
| **Amount Due for this Invoice:** | **$ 781.43** |

## PAYMENT INSTRUCTIONS

*Remit Check Payments to:*

Squire, Sanders & Dempsey L.L.P.
P.O. Box 643051
Cincinnati, OH 45264
Phone: 216.687.3400
Fax: 216.687.3401

*Remit Wire Payments to:*

US Bank
425 Walnut St.
Cincinnati, OH 45264
For credit to the account of
Squire, Sanders & Dempsey L.L.P.
Bank Routing #042-0000-13
Bank Account #576762314
SWIFT Code: USBKUS44STL

*Direct Billing Inquiries to:*

Paul F. Sefcovic
2000 Huntington Center
41 South High Street
Columbus, OH 43215
United States
Phone: +1.614.365.2700
Fax: +1.614.365.2499
email: psefcovic@ssd.com

**Please Include Invoice Number with all Payments**
Tax Identification Number 34-0648199

CONFIDENTIAL

010470.00009

Alliance Holdings, Inc. / Acquisitions

Invoice Number: 8494947

09/04/09

Page 1

## ACQUISITIONS

### LEGAL SERVICES

| DATE | HOURS | TIMEKEEPER | AMOUNT | NARRATIVE |
|------|-------|-----------|--------|-----------|
| 08/24/09 | 0.75 | C. Draucker | 468.75 | Ice House - Communications with D. Fenkell, K. Wanko and T. J. Haas; teleconference with M. Canan. |
| 08/28/09 | 0.50 | C. Draucker | 312.50 | Ice House - Communications M. Canan. |

TOTAL HOURS: **1.25**

TOTAL SERVICES: **$ 781.25**

### TIME SUMMARY

| TIMEKEEPER | HOURLY RATE | HOURS | TOTAL |
|------------|-------------|-------|-------|
| PARTNERS | | | |
| C. Draucker | 625.00 | 1.25 | 781.25 |
| TOTAL FOR PARTNERS | | **1.25** | **$ 781.25** |
| TOTAL SERVICES: | | **1.25** | **$ 781.25** |

### DISBURSEMENT SUMMARY

| | |
|--|--|
| Printing/duplicating-in-house | 0.18 |
| TOTAL DISBURSEMENTS: | **$ 0.18** |

AH_EDPA_01475806

SQUIRE, SANDERS & DEMPSEY L.L.P.

010470.00009

09/04/09

Alliance Holdings, Inc. / Acquisitions

Page 2

Invoice Number: 8494947

## MATTER TOTAL

| | |
|---|---|
| TOTAL SERVICES: | $ 781.25 |
| TOTAL DISBURSEMENTS: | $ 0.18 |
| TOTAL AMOUNT DUE FOR THIS MATTER: | $ 781.43 |

AH_EDPA_01475807

# SQUIRE, SANDERS & DEMPSEY L.L.P.

CINCINNATI · CLEVELAND · COLUMBUS · HOUSTON · LOS ANGELES · MIAMI · NEW YORK
PALO ALTO · PHOENIX · SAN FRANCISCO · TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM BEACH
CARACAS · RIO DE JANEIRO · SANTO DOMINGO · SÃO PAULO
BRATISLAVA · BRUSSELS · BUDAPEST · FRANKFURT · KYIV · LONDON · MOSCOW · PRAGUE · WARSAW
BEIJING · HONG KONG · SHANGHAI · TOKYO
ASSOCIATED OFFICES: BUCHAREST · BUENOS AIRES · DUBLIN · SANTIAGO

Alliance Holdings, Inc.
Attn: David B. Fenkell
1021 Old York Road, 3rd Floor
Abington, Pennsylvania 19001

| | |
|---|---|
| Invoice Number: | 8494949 |
| Invoice Date: | 09/04/09 |
| Matter Number: | 010470.00038 |

## REMITTANCE COPY

**ESOP Maintenance**

### INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 13,855.00 |
| Disbursements: | $ 702.89 |
| **Amount Due for this Invoice:** | **$ 14,557.89** |

## PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire, Sanders & Dempsey L.L.P. | US Bank | Paul F. Sefcovic |
| P.O. Box 643051 | 425 Walnut St. | 2000 Huntington Center |
| Cincinnati, OH 45264 | Cincinnati, OH 45264 | 41 South High Street |
| Phone: 216.687.3400 | For credit to the account of | Columbus, OH 43215 |
| Fax: 216.687.3401 | Squire, Sanders & Dempsey L.L.P. | United States |
| | Bank Routing #042-0000-13 | Phone: +1.614.365.2700 |
| | Bank Account #576762314 | Fax: +1.614.365.2499 |
| | SWIFT Code: USBKUS44STL | email: psefcovic@ssd.com |

**Please Include Invoice Number with all Payments**
Tax Identification Number 34-0648199

CONFIDENTIAL

AH_EDPA_01475808

SQUIRE, SANDERS & DEMPSEY L.L.P.

010470.00038

Alliance Holdings, Inc. / ESOP Maintenance

Invoice Number: 8494949

## ESOP MAINTENANCE

### LEGAL SERVICES

| DATE | HOURS TIMEKEEPER | AMOUNT | NARRATIVE |
|---|---|---|---|
| 08/19/09 | 3.00 D. Jackson | 1,335.00 | Review and analyze ESOP allocation data regarding cost bases, vesting and leveraged status of sub-accounts; analyze vesting status for Alexander Marketing participants; send analysis to Amy Turner. |
| 08/27/09 | 0.75 C. Draucker | 468.75 | Telephone conference with A. Shaw; conference with D. Jackson regarding Bank One/Chase/JP Morgan loan. |
| 08/27/09 | 0.75 D. Hughes | 333.75 | Telephone conference with D. Jackson concerning JPMorgan note transaction with Alliance. |
| 08/27/09 | 1.00 D. Jackson | 445.00 | Telephone conference with D. Hughes, A. Shaw and Chase Bank regarding partial ESOP note purchase; draft memo regarding same. |
| 08/28/09 | 4.25 C. Draucker | 2,656.25 | Conference with D. Jackson regarding JP Morgan/Chase demands and information; reviewed and revised memo to JP Morgan/Chase regarding Internal Revenue Code Section 404 contribution limitations and ESOP loan default rules in ESOP loan regulations. |
| 08/28/09 | 9.25 D. Jackson | 4,116.25 | Telephone conference with A. Shaw, Chase Bank, and D. Hughes regarding Bank One loan partial purchase; draft memo regarding same. |
| 08/31/09 | 2.75 C. Draucker | 1,718.75 | Regarding JP Morgan/Chase partial note purchase by AH III, conferences with D. Jackson; telephone conference with D. Fealsell; telephone conference with J. Witten; telephone conference with D. Hughes; attention to opinion letter and finalization of JP Morgan/Chase's requests. |
| 08/31/09 | 1.75 D. Hughes | 778.75 | Worked on Bank One JPMorgan note transaction; review of legal opinion; multiple telephone conferences with D. Jackson and C. Draucker. |
| 08/31/09 | 4.50 D. Jackson | 2,002.50 | Telephone conference with Chase Bank, D. Fenkell, C. Draucker and D. Hughes regarding partial loan purchase; draft opinion regarding same. |

TOTAL HOURS: **28.00**

TOTAL SERVICES: **$ 13,855.00**

AH_EDPA_01475809

## TIME SUMMARY

| TIMEKEEPER | HOURLY RATE | HOURS | TOTAL |
|---|---|---|---|
| **PARTNERS** | | | |
| C. Draucker | 625.00 | 7.75 | 4,843.75 |
| D. Hughes | 445.00 | 2.50 | 1,112.50 |
| **TOTAL FOR PARTNERS** | | **10.25** | **$5,956.25** |
| **ASSOCIATES** | | | |
| D. Jackson | 445.00 | 17.75 | 7,898.75 |
| **TOTAL FOR ASSOCIATES** | | **17.75** | **$7,898.75** |
| **TOTAL SERVICES:** | | **28.00** | **$13,855.00** |

## DISBURSEMENT SUMMARY

| | |
|---|---|
| Online services - Lexis/Nexis | 700.50 |
| Telephone | 2.39 |
| **TOTAL DISBURSEMENTS:** | **$702.89** |

## MATTER TOTAL

| | |
|---|---|
| **TOTAL SERVICES:** | **$13,855.00** |
| **TOTAL DISBURSEMENTS:** | **$702.89** |
| **TOTAL AMOUNT DUE FOR THIS MATTER:** | **$14,557.89** |

# SQUIRE, SANDERS & DEMPSEY L.L.P.

CINCINNATI · CLEVELAND · COLUMBUS · HOUSTON · LOS ANGELES · MIAMI · NEW YORK
PALO ALTO · PHOENIX · SAN FRANCISCO · TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM BEACH
CARACAS · RIO DE JANEIRO · SANTO DOMINGO · SÃO PAULO
BRATISLAVA · BRUSSELS · BUDAPEST · FRANKFURT · KYIV · LONDON · MOSCOW · PRAGUE · WARSAW
BEIJING · HONG KONG · SHANGHAI · TOKYO
ASSOCIATED OFFICES: BUCHAREST · BUENOS AIRES · DUBLIN · SANTIAGO

Alliance Holdings, Inc.
Attn: David B. Fenkell
1021 Old York Road, 3rd Floor
Abington, Pennsylvania 19001

| | |
|---|---|
| Invoice Number: | 8494951 |
| Invoice Date: | 09/04/09 |
| Matter Number: | 010470.00055 |

## REMITTANCE COPY

**Spencer Turbine Company**

### INVOICE SUMMARY

| | |
|---|---:|
| Fees: | $ 1,876.25 |
| Disbursements: | $ 47.60 |
| **Amount Due for this Invoice:** | **$ 1,923.85** |

## PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire, Sanders & Dempsey L.L.P. | US Bank | Paul F. Sefcovic |
| P.O. Box 643051 | 425 Walnut St. | 2000 Huntington Center |
| Cincinnati, OH 45264 | Cincinnati, OH 45264 | 41 South High Street |
| Phone: 216.687.3400 | For credit to the account of | Columbus, OH 43215 |
| Fax: 216.687.3401 | Squire, Sanders & Dempsey L.L.P. | United States |
| | Bank Routing #042-0000-13 | Phone: +1.614.365.2700 |
| | Bank Account #576762314 | Fax: +1.614.365.2499 |
| | SWIFT Code: USBKUS44STL | email: psefcovic@ssd.com |

**Please Include Invoice Number with all Payments**
Tax Identification Number 34-0648199

CONFIDENTIAL

## SPENCER TURBINE COMPANY

### LEGAL SERVICES

| DATE | HOURS | TIMEKEEPER | AMOUNT | NARRATIVE |
|------|-------|-----------|--------|-----------|
| 08/12/09 | 1.00 | C. Sturtz | 395.00 | Review the draft Report prepared by Environ regarding the work conducted thus far by LFR and the proposal and cost estimate for achieving site closure. |
| 08/13/09 | 2.00 | C. Sturtz | 790.00 | Prepare for and participate in telephone conference with R. Fil regarding objection to paying out of escrow the fees associated with the Notice of Claim; also discuss requests for reimbursement from the Escrow Agreement for costs associated with reviewing invoice payment requests and services related to consulting services performed on behalf of Alliance Holdings; further research information referenced in the draft Environ memorandum in preparation for discussing the same with Environ; email communications with Environ to set up conference call. |
| 08/14/09 | 1.75 | C. Sturtz | 691.25 | Continue review of Environ's draft report associated with the property's compliance with the Transfer Act requirements; participate in extended telephone conference with representatives of Environ to discuss the draft report and request revisions to provide further clarification of concerns and recommendations. |

TOTAL HOURS:                                                                                                    4.75

TOTAL SERVICES:                                                                                          $ 1,876.25

### TIME SUMMARY

| TIMEKEEPER | HOURLY RATE | HOURS | TOTAL |
|------------|-------------|-------|-------|
| ASSOCIATES | | | |
| C. Sturtz | 395.00 | 4.75 | 1,876.25 |
| TOTAL FOR ASSOCIATES | | 4.75 | $ 1,876.25 |
| TOTAL SERVICES: | | 4.75 | $ 1,876.25 |

CONFIDENTIAL

## DISBURSEMENT SUMMARY

| | |
|---|---|
| Telephone | 47.60 |
| **TOTAL DISBURSEMENTS:** | **$ 47.60** |

## MATTER TOTAL

| | |
|---|---|
| **TOTAL SERVICES:** | **$ 1,876.25** |
| **TOTAL DISBURSEMENTS:** | **$ 47.60** |
| **TOTAL AMOUNT DUE FOR THIS MATTER:** | **$ 1,923.85** |

AH_EDPA_01475813

# SQUIRE, SANDERS & DEMPSEY L.L.P.

CINCINNATI · CLEVELAND · COLUMBUS · HOUSTON · LOS ANGELES · MIAMI · NEW YORK
PALO ALTO · PHOENIX · SAN FRANCISCO · TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM BEACH
CARACAS · RIO DE JANEIRO · SANTO DOMINGO · SÃO PAULO
BRATISLAVA · BRUSSELS · BUDAPEST · FRANKFURT · KYIV · LONDON · MOSCOW · PRAGUE · WARSAW
BEIJING · HONG KONG · SHANGHAI · TOKYO
ASSOCIATED OFFICES: BUCHAREST · BUENOS AIRES · DUBLIN · SANTIAGO

Alliance Holdings, Inc.
Attn: David B. Fenkell
1021 Old York Road, 3rd Floor
Abington, Pennsylvania 19001

| | |
|---|---|
| Invoice Number: | 8494952 |
| Invoice Date: | 09/04/09 |
| Matter Number: | 010470.00061 |

**Spectral Response, Inc.**

## INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 13,463.75 |
| Disbursements: | $ 1,932.64 |
| **Amount Due for this Invoice:** | **$ 15,396.39** |

## PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire, Sanders & Dempsey L.L.P. | US Bank | Paul F. Sefcovic |
| P.O. Box 643051 | 425 Walnut St. | 2000 Huntington Center |
| Cincinnati, OH 45264 | Cincinnati, OH 45264 | 41 South High Street |
| Phone: 216.687.3400 | For credit to the account of | Columbus, OH 43215 |
| Fax: 216.687.3401 | Squire, Sanders & Dempsey L.L.P. | United States |
| | Bank Routing #042-0000-13 | Phone: +1.614.365.2700 |
| | Bank Account #576762314 | Fax: +1.614.365.2499 |
| | SWIFT Code: USBKUS44STL | email: psefcovic@ssd.com |

**Please Include Invoice Number with all Payments**
Tax Identification Number 34-0648199

CONFIDENTIAL

SQUIRE, SANDERS & DEMPSEY L.L.P.

010470.00061

Alliance Holdings, Inc. / Spectral Response, Inc.

Invoice Number: 8494952

## SPECTRAL RESPONSE, INC.

### LEGAL SERVICES

| DATE | HOURS TIMEKEEPER | AMOUNT | NARRATIVE |
|---|---|---|---|
| 08/11/09 | 0.25 M. Meissner | 181.25 | Telephone conference D. Hughes regarding tax treatment of rebate from seller corporation related to executive bonus. |
| 08/12/09 | 1.25 M. Bailey | 362.50 | Review emails from K. Wanko regarding lockbox and accounts receivable; meet with D. Hughes regarding same; review asset purchase agreement and escrow agreement regarding release of accounts receivable escrow. |
| 08/12/09 | 1.75 D. Hughes | 778.75 | Continued with clean-up of finalizing documents etc for closing. |
| 08/13/09 | 1.75 M. Bailey | 507.50 | Draft and revise release of accounts receivable escrow; review asset purchase agreement and escrow agreement and meet with D. Hughes regarding same; communicate with M. Capretta and lender's counsel regarding closing documents for financing; draft and revise D. Fenkell's resignation from the board of directors of Spectral Response, LLC. |
| 08/14/09 | 1.50 M. Bailey | 435.00 | Review and respond to email from K. Wanko regarding asset purchase agreement; meet with E. Preston regarding post-closing timeline and closing binders; telephone conferences with L. Samblanet regarding UCC terminations and application to conduct business in the State of Georgia; review closing checklist. |
| 08/14/09 | 1.00 D. Jackson | 445.00 | Telephone conference with Amy Turner regarding spin-off; analyze administrative issues regarding same. |
| 08/14/09 | 0.50 L. Samblanet | 102.50 | Office conference with M. Bailey regarding filing of Georgia Qualification for Spectral Response, LLC; assemble same with Delaware good standing for filing with Georgia Secretary of State; assemble UCC terminations for filing with Gwinnett County Recorder. |
| 08/17/09 | 0.25 D. Hughes | 111.25 | Responses to email from K. Wanko. |
| 08/18/09 | 1.75 C. Draucker | 1,093.75 | Teleconference with D. Hughes; initial review of draft phantom equity plan. |
| 08/18/09 | 1.00 D. Jackson | 445.00 | Summarize Spectral spin-off and transaction for Amy Turner; send Spectral participant accounts to Amy Turner; review allocation data for accounts that can be combined. |
| 08/18/09 | 0.25 M. Meissner | 181.25 | Review phantom stock plan and agreement. |

CONFIDENTIAL

AH_EDPA_01475815

SQUIRE, SANDERS & DEMPSEY L.L.P.

010470.00061

09/04/09

Alliance Holdings, Inc. / Spectral Response, Inc.

Page 2

Invoice Number: 8494952

| 08/18/09 | 2.50 E. Preston | 637.50 | Review Asset Purchase Agreement; review Escrow Agreement; draft post-closing time line related to actions necessary to the acquisition; review same; revise same. |
| 08/18/09 | 0.25 L. Samblanet | 51.25 | Assemble Minute Book for Spectral Response, LLC. |
| 08/19/09 | 1.00 E. Preston | 255.00 | Review closing documents and related post-closing items; draft binder index; review same; revise same. |
| 08/20/09 | 4.50 M. Bailey | 1,305.00 | Communicate with M. Capretta and M. Drews (lender's counsel) regarding loan and security agreement; communicate with E. Preston regarding post-closing timeline; review same; prepare closing binders. |
| 08/20/09 | 0.25 M. Capretta | 111.25 | Follow-up with H&K regarding final documents. |
| 08/20/09 | 6.00 D. Jackson | 2,670.00 | Draft ESOP amendment for Spectral. |
| 08/21/09 | 3.25 M. Bailey | 942.50 | Review closing checklist and list of open post-closing items; review emails related to same; prepare closing binders. |
| 08/21/09 | 0.25 M. Capretta | 111.25 | Brief review of certain final documents from Holland and Knight; sent same to D. Hughes and M. Bailey. |
| 08/21/09 | 0.50 M. Meissner | 362.50 | Review phantom equity plan and agreement. |
| 08/22/09 | 1.00 M. Meissner | 725.00 | Review Phantom Equity Plan; draft email to D. Hughes and C. Draucker with proposed revisions. |
| 08/24/09 | 1.75 M. Bailey | 507.50 | Prepare closing binder; review and revise closing checklist in connection with same. |
| 08/24/09 | 0.50 D. Hughes | 222.50 | Worked on Phantom Stock Plan. |
| 08/24/09 | 1.75 E. Preston | 446.25 | Review Phantom Equity Plan and provision related to pay-out cap and limitation; revise same. |
| 08/25/09 | 0.75 M. Bailey | 217.50 | Meet with D. Hughes regarding closing binders; communicate with N. Mulcahy regarding same; email K. Wanko and K. Melendy regarding business license and environmental filings; review files regarding same. |
| 08/25/09 | 1.00 E. Preston | 255.00 | Meeting with D. Hughes regarding Phantom Equity Plan; review Phantom Equity Plan; revise Phantom Equity Plan. |

**TOTAL HOURS:**                                                                                                            **36.50**

SQUIRE, SANDERS & DEMPSEY L.L.P.

010470.00061

09/04/09

Page 3

Alliance Holdings, Inc. / Spectral Response, Inc.

Invoice Number: 8494952

**TOTAL SERVICES:**                                                                        **$ 13,463.75**

## TIME SUMMARY

| TIMEKEEPER | HOURLY RATE | HOURS | TOTAL |
|---|---|---|---|
| **PARTNERS** | | | |
| C. Draucker | 625.00 | 1.75 | 1,093.75 |
| D. Hughes | 445.00 | 2.50 | 1,112.50 |
| M. Meissner | 725.00 | 2.00 | 1,450.00 |
| **TOTAL FOR PARTNERS** | | **6.25** | **$3,656.25** |
| **ASSOCIATES** | | | |
| M. Bailey | 290.00 | 14.75 | 4,277.50 |
| M. Capretta | 445.00 | 0.50 | 222.50 |
| D. Jackson | 445.00 | 8.00 | 3,560.00 |
| E. Preston | 255.00 | 6.25 | 1,593.75 |
| **TOTAL FOR ASSOCIATES** | | **29.50** | **$9,653.75** |
| **LEGAL ASSISTANTS** | | | |
| L. Samblanet | 205.00 | 0.75 | 153.75 |
| **TOTAL FOR LEGAL ASSISTANTS** | | **0.75** | **$153.75** |
| **TOTAL SERVICES:** | | **36.50** | **$13,463.75** |

CONFIDENTIAL

SQUIRE, SANDERS & DEMPSEY L.L.P.

010470.00061

09/04/09

Alliance Holdings, Inc. / Spectral Response, Inc.

Page 4

Invoice Number: 8494952

## DISBURSEMENT SUMMARY

| | | |
|---|---|---|
| Corporation Documents | VENDOR: CT Corporation; INVOICE#: 5329949RI; DATE: 7/31/2009 - col Spectral Response Formation | 436.81 |
| Express Mail - Fedex | VENDOR: FEDERAL EXPRESS INVOICE#: 930129892 DATE: 8/19/2009 FedEx Delivery; Tracking :796848647165 Send By: Donald W Hughes-SQUIRE, SANDERS & DEMPSEY Shipped On: 08102009; Shipped to: David A Mann, Partner, Holland & Knight, ; 131 S DEARBORN ST FL 30, CHICAGO, IL 60603; Received On: 08112009; 010470.00061 | 14.64 |
| Express Mail - Fedex | VENDOR: FEDERAL EXPRESS INVOICE#: 930129892 DATE: 8/19/2009 FedEx Delivery; Tracking :796850419983 Send By: Donald W Hughes-SQUIRE, SANDERS & DEMPSEY Shipped On: 08112009; Shipped to: David A Mann, Partner, Holland & Knight, ; 131 S DEARBORN ST FL 30, CHICAGO, IL 60603; Received On: 08122009; 010470.00061 | 14.64 |
| Express Mail - Fedex | VENDOR: FEDERAL EXPRESS INVOICE#: 930129892 DATE: 8/19/2009 FedEx Delivery; Tracking :796859682407 Send By: Debbie Garvin-Squire, Sanders & Dempsey Shipped On: 08132009; Shipped to: David A Mann, Partner, Holland & Knight, ; 131 S DEARBORN ST FL 30, CHICAGO, IL 60603; Received On: 08142009; 010470.00061 | 14.64 |
| Miscellaneous | VENDOR: CT Corporation; INVOICE#: 5330304RI; DATE: 7/31/2009 - col Spectral Response lien searches | 400.70 |
| Miscellaneous | VENDOR: CT Corporation; INVOICE#: 5330533RI; DATE: 7/31/2009 - col Spectral Response lien searches | 494.55 |
| Miscellaneous | VENDOR: CT Corporation; INVOICE#: 5330522RI; DATE: 7/31/2009 - col Alliance Holdings Lien Searches | 445.45 |
| Printing/duplicating-in-house | | 3.96 |
| Telephone | | 107.25 |

**TOTAL DISBURSEMENTS:** **$ 1,932.64**

## MATTER TOTAL

| | |
|---|---|
| **TOTAL SERVICES:** | **$ 13,463.75** |
| **TOTAL DISBURSEMENTS:** | **$ 1,932.64** |
| **TOTAL AMOUNT DUE FOR THIS MATTER:** | **$ 15,396.39** |

CONFIDENTIAL

# SQUIRE, SANDERS & DEMPSEY L.L.P.

CINCINNATI · CLEVELAND · COLUMBUS · HOUSTON · LOS ANGELES · MIAMI · NEW YORK
PALO ALTO · PHOENIX · SAN FRANCISCO · TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM BEACH
CARACAS · RIO DE JANEIRO · SANTO DOMINGO · SÃO PAULO
BRATISLAVA · BRUSSELS · BUDAPEST · FRANKFURT · KYIV · LONDON · MOSCOW · PRAGUE · WARSAW
BEIJING · HONG KONG · SHANGHAI · TOKYO
ASSOCIATED OFFICES: BUCHAREST · BUENOS AIRES · DUBLIN · SANTIAGO

Alliance Holdings, Inc.
Attn: David B. Fenkell
1021 Old York Road, 3rd Floor
Abington, Pennsylvania 19001

| | |
|---|---|
| Invoice Number: | 8494955 |
| Invoice Date: | 09/04/09 |
| Matter Number: | 010470.00062 |

## REMITTANCE COPY

**Mitternight Boilerworks, Inc.**

### INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 518.75 |
| Disbursements: | $ 0.00 |
| **Amount Due for this Invoice:** | **$ 518.75** |

## PAYMENT INSTRUCTIONS

| Remit Check Payments to: | Remit Wire Payments to: | Direct Billing Inquiries to: |
|---|---|---|
| Squire, Sanders & Dempsey L.L.P.<br>P.O. Box 643051<br>Cincinnati, OH 45264<br>Phone: 216.687.3400<br>Fax: 216.687.3401 | US Bank<br>425 Walnut St.<br>Cincinnati, OH 45264<br>For credit to the account of<br>Squire, Sanders & Dempsey L.L.P.<br>Bank Routing #042-0000-13<br>Bank Account #576762314<br>SWIFT Code: USBKUS44STL | Paul F. Sefcovic<br>2000 Huntington Center<br>41 South High Street<br>Columbus, OH 43215<br>United States<br>Phone: +1.614.365.2700<br>Fax: +1.614.365.2499<br>email: psefcovic@ssd.com |

**Please Include Invoice Number with all Payments**
Tax Identification Number 34-0648199

AH_EDPA_01475819

010470.00062

Alliance Holdings, Inc. / Mitternight Boilerworks, Inc.

Invoice Number: 8494955

## MITTERNIGHT BOILERWORKS, INC.

### LEGAL SERVICES

| DATE | HOURS | TIMEKEEPER | AMOUNT | NARRATIVE |
|------|-------|------------|--------|-----------|
| 08/12/09 | 0.50 | D. Hughes | 222.50 | Telephone conference with T. J. Haas, K. Wanko and C. Sturtz concerning environmental matter for Mitternight. |
| 08/12/09 | 0.75 | C. Sturtz | 296.25 | Telephone conference with client regarding proposed Phase II subsurface investigation activities and its impact on the letter of intent and related obligations; review and revise the draft correspondence to Seller setting forth the parameters associated with the proposed Phase II investigation. |

**TOTAL HOURS:** **1.25**

**TOTAL SERVICES:** **$ 518.75**

### TIME SUMMARY

| TIMEKEEPER | HOURLY RATE | HOURS | TOTAL |
|------------|-------------|-------|-------|
| PARTNERS | | | |
| D. Hughes | 445.00 | 0.50 | 222.50 |
| TOTAL FOR PARTNERS | | **0.50** | **$ 222.50** |
| ASSOCIATES | | | |
| C. Sturtz | 395.00 | 0.75 | 296.25 |
| TOTAL FOR ASSOCIATES | | **0.75** | **$ 296.25** |
| TOTAL SERVICES: | | **1.25** | **$ 518.75** |

AH_EDPA_01475820

SQUIRE, SANDERS & DEMPSEY L.L.P.

010470.00062

09/04/09

Alliance Holdings, Inc. / Mitternight Boilerworks, Inc.

Page 2

Invoice Number: 8494955

## MATTER TOTAL

| | |
|---|---|
| TOTAL SERVICES: | $ 518.75 |
| TOTAL DISBURSEMENTS: | $ 0.00 |
| TOTAL AMOUNT DUE FOR THIS MATTER: | $ 518.75 |

# SQUIRE, SANDERS & DEMPSEY L.L.P.

CINCINNATI · CLEVELAND · COLUMBUS · HOUSTON · LOS ANGELES · MIAMI · NEW YORK
PALO ALTO · PHOENIX · SAN FRANCISCO · TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM BEACH
CARACAS · RIO DE JANEIRO · SANTO DOMINGO · SÃO PAULO
BRATISLAVA · BRUSSELS · BUDAPEST · FRANKFURT · KYIV · LONDON · MOSCOW · PRAGUE · WARSAW
BEIJING · HONG KONG · SHANGHAI · TOKYO
ASSOCIATED OFFICES: BUCHAREST · BUENOS AIRES · DUBLIN · SANTIAGO

Alliance Holdings, Inc.                     Invoice Number:    8494956
Attn:  David B. Fenkell                     Invoice Date:      09/04/09
1021 Old York Road, 3rd Floor               Matter Number:     010470.00063
Abington, Pennsylvania 19001

**Trachte Litigation (2009)**

## INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 33,941.25 |
| Disbursements: | $ 863.90 |
| **Amount Due for this Invoice:** | **$ 34,805.15** |

## PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire, Sanders & Dempsey L.L.P. | US Bank | Paul F. Sefcovic |
| P.O. Box 643051 | 425 Walnut St. | 2000 Huntington Center |
| Cincinnati, OH 45264 | Cincinnati, OH 45264 | 41 South High Street |
| Phone: 216.687.3400 | For credit to the account of | Columbus, OH 43215 |
| Fax: 216.687.3401 | Squire, Sanders & Dempsey L.L.P. | United States |
| | Bank Routing #042-0000-13 | Phone: +1.614.365.2700 |
| | Bank Account #576762314 | Fax: +1.614.365.2499 |
| | SWIFT Code: USBKUS44STL | email: psefcovic@ssd.com |

**Please Include Invoice Number with all Payments**
Tax Identification Number 34-0648199

CONFIDENTIAL                     AH_EDPA_01475822

SQUIRE, SANDERS & DEMPSEY L.L.P.

010470.00063

09/04/09

Alliance Holdings, Inc. / Trachte Litigation (2009)

Page 1

Invoice Number: 8494956

## TRACHTE LITIGATION (2009)

### LEGAL SERVICES

| DATE | HOURS | TIMEKEEPER | AMOUNT | NARRATIVE |
|---|---|---|---|---|
| 08/03/09 | 0.50 | K. Blankley | 165.00 | Execute waiver of service for client D. Fenkell in the Chesemore v. Alliance Holdings case; telephone plaintiffs' counsel regarding waiver of service; e-mail and mail waiver to plaintiffs' counsel. |
| 08/03/09 | 0.50 | C. Woods | 270.00 | E-mail from K. Blankley re completion of service waiver package for D. Fenkell; respond and follow up. |
| 08/05/09 | 0.25 | K. Blankley | 82.50 | Telephone call with counsel for Plaintiffs in the case of Chesemore v. Alliance Holdings regarding service and waiver of service issues; update C. Woods regarding same. |
| 08/05/09 | 0.75 | C. Woods | 405.00 | Office conference with K. Blankley regarding recent discussion with Plaintiffs' counsel on service issues; e-mail to/from B. Spear re coverage questions; review prior correspondence from D. Neate, et al. on Trachte rider. |
| 08/06/09 | 0.25 | C. Woods | 135.00 | Further correspondence regarding insurance coverage issues. |
| 08/06/09 | 1.50 | C. Woods | 810.00 | E-mail from B. Spear regarding coverage history; respond; e-mail to D. Fenkell regarding service issues and tentative answer date; continue review/analysis of possible motion to dismiss on behalf of Fenkell and other Alliance Defendants. |
| 08/07/09 | 2.25 | C. Woods | 1,215.00 | Telephone call from B. Spear regarding preliminary coverage determination by Chubb; follow up e-mail from B. Spear, et al. regarding same; e-mail to P. Sefcovic, et al. regarding same; telephone call with D. Fenkell regarding same; review/analyze applicable policy language. |
| 08/09/09 | 0.75 | C. Woods | 405.00 | E-mail from D. Fenkell, et al. regarding Chubb coverage determination; lengthy e-mail to D. Fenkell, et al. re initial options. |
| 08/10/09 | 0.25 | K. Blankley | 82.50 | Receive and review service packets for Alliance Holding and Alliance ESOP; update C. Woods on status of service issues. |
| 08/10/09 | 1.00 | C. Draucker | 625.00 | Preparation for and telephone conference with D. Fenkell, P. Sefcovic and C. Woods regarding Trachte litigation. |
| 08/10/09 | 2.00 | P. Sefcovic | 1,680.00 | Telephone conferences with D. Fenkell; Conferences with C. Woods; Conference call; Review Insurance policy, binder and endorsement. |

CONFIDENTIAL

SQUIRE, SANDERS & DEMPSEY L.L.P.

010470.00063

09/04/09

Alliance Holdings, Inc. / Trachte Litigation (2009)

Page 2

Invoice Number: 8494956

| 08/10/09 | 4.50 C. Woods | 2,430.00 | E-mail to/from K. Blankley regarding service issues; e-mail to/from D. Fenkell, et al. regarding proposed conference call on coverage situation; follow up and prepare for same; consult with P. Sefcovic regarding coverage issues and possible solutions for same; conference call with D. Fenkell, et al. rgardinge coverage issues and overall defense of case; follow up regarding same; review service packages for Alliance Holdings and Alliance ESOP; e-mail to/from K. Blankley regarding same; begin detailed development and analysis of coverage arguments. |
|---|---|---|---|
| 08/11/09 | 3.50 C. Woods | 1,890.00 | E-mail from K. Blankley regarding service issues; respond; consult with D. Alexander, et al. regarding coverage issues; begin work on memo regarding coverage questions. |
| 08/12/09 | 0.50 K. Blankley | 165.00 | Office discussion with C. Woods regarding status of insurance issues and research needed as to the question regarding insurance coverage. |
| 08/12/09 | 5.00 C. Woods | 2,700.00 | Continue work on memo outlining arguments for coverage of Alliance Holdings, including telephone call with P. Sefcovic regarding same and office conference with K. Blankley re necessary legal research and related issues; detailed review of correspondence regarding issuance of Chubb binder and run-off coverage extension. |
| 08/13/09 | 5.25 C. Woods | 2,835.00 | Continue work on memo outlining possible coverage arguments for Alliance, including telephone call to and follow up e-mail from B. Spear re 06-07 policy; review/analyze same; e-mail from P. Sefcovic regarding draft memo; respond. |
| 08/14/09 | 4.75 C. Woods | 2,565.00 | Complete memo regarding possible coverage arguments for Alliance; e-mail to/from D. Fenkell, et al. regarding same; e-mail from B. Spear regarding saved correspondence regarding 07 Policy. |
| 08/15/09 | 0.25 C. Woods | 135.00 | E-mail to/from B. Spear regarding coverage issues. |
| 08/17/09 | 1.25 K. Blankley | 412.50 | Conduct legal research on the issue of "mutual mistake" for use in discussions with Chubb regarding coverage; exchange e-mail messages with C. Woods regarding status of service issues. |
| 08/17/09 | 2.25 C. Woods | 1,215.00 | Review/analyze correspondence between Alliance and broker regarding coverage issues; follow up e-mail to K. Blankley regarding same; e-mail from Blankley regarding latest service waivers filed in case; review same and background information regarding probable counsel for Trachte defendants; e-mail to/from K. Blankley re service waiver for E. Lynn and possible extension of answer date for D. Fenkell. |
| 08/18/09 | 5.00 K. Blankley | 1,650.00 | Conduct case law research on issues involving mutual mistake, unilateral mistake, and reformation of contract under Ohio law; begin drafting memorandum summarizing research. |

| 08/18/09 | 2.00 C. Woods | 1,080.00 | Correspondence from T.J. Haas, et al. regarding inquiry by Mitternight representatives about Trachte litigation; respond and follow up; e-mail from K. Blankley, et al. regarding service waiver and answer date issues; respond; telephone call from counsel for Trachte trustee defendants regarding general background and coordination; select key documents relating to coverage issues and create binder for same. |
|---|---|---|---|
| 08/19/09 | 0.25 K. Blankley | 82.50 | Office discussion with C. Woods regarding update on insurance and litigation issues. |
| 08/19/09 | 2.50 C. Woods | 1,350.00 | E-mail from B. Spear regarding coverage issues; respond; return telephone call to C. Wolff regarding coordination of defense; further correspondence regarding Mitternight inquiries about Trachte litigation; follow up telephone call with J. Sikes re same; e-mail to T.J. Haas regarding discussion with Sikes; telephone call to D. Neate regarding coverage status; telephone call with C. Wolff regarding possible coordination of defenses with Trachte Defendants; follow up office conference with K. Blankley regarding possible motion to dismiss on behalf of Fenkell. |
| 08/20/09 | 1.25 C. Woods | 675.00 | E-mail to E. Lynn regarding waiver of service and related issues; telephone call to D. Neate regarding coverage; telephone call to G. Smith (Chubb) regarding coverage; office conference with P. Sefcovic regarding status of coverage issue. |
| 08/21/09 | 0.50 K. Blankley | 165.00 | Office discussion with C. Woods regarding status of case and status of insurance dispute. |
| 08/21/09 | 0.75 C. Woods | 405.00 | Telephone call with G. Smith (Chubb) coverage and appointment of counsel for D. Fenkell and E. Lynn; follow up office conference with K. Blankley. |
| 08/24/09 | 1.25 C. Woods | 675.00 | Prepare summary of coverage issue status; e-mail to D. Fenkell, et al. regarding same. |
| 08/25/09 | 0.50 D. Hughes | 222.50 | Telephone conference with C. Woods to discuss background. |
| 08/25/09 | 1.00 C. Woods | 540.00 | Telephone calls with D. Fenkell regarding coverage issues; follow up review/analysis of complaint and possible conflicts between Pagelow and Alliance defenses. |
| 08/26/09 | 0.50 C. Draucker | 312.50 | Teleconference with C. Woods regarding Trachte litigation and answer deadlines and facts regarding Trachte defendants. |
| 08/26/09 | 2.75 C. Woods | 1,485.00 | Continue work on coverage issues, including e-mail to/from D. Neate regarding discussions with Chubb; telephone call with G. Smith, et al. regarding possible conflicts arising from appointment of joint counsel for S. Pagelow and Alliance Defendants; follow up regarding same; telephone call with P. Koenen, et al. regarding possible retention as local counsel and local practice for obtaining extension of answer date for all Alliance Defendants; follow up regarding same; review local rules for W.D. Wisconsin. |

| 08/27/09 | 0.50 K. Blankley | 165.00 | Office discussion with C. Woods regarding litigation update; review e-mail messages regarding insurance issues; prepare service waivers for Alliance and Alliance ESOP. |
| 08/27/09 | 5.25 C. Woods | 2,835.00 | Draft report to clients regarding coverage status and proposed defenses; follow up e-mail to/from D. Fenkell, et al. regarding coverage questions; telephone calls with P. Koenen, et al. regarding case background and possible retention; e-mail to Koenen regarding background facts, initial pleadings and parties; consult with Koenen, et al. regarding request for extension of time for Alliance Defendants to answer; telephone call with A. Silver, counsel for Trachte Trustee Defendants. |
| 08/28/09 | 0.50 K. Blankley | 165.00 | Execute service waivers for Alliance Holdings and the Alliance ESOP; coordinate with local counsel regarding extension of answer date. |
| 08/28/09 | 0.25 C. Draucker | 156.25 | Telephone conference with C. Woods. |
| 08/28/09 | 2.25 C. Woods | 1,215.00 | Obtain and secure extension of answer date for all Alliance defendants; e-mail to/from P. Koenen, clients, et al. regarding same; review initial motions filed by counsel for Pagelow and Trachte trustee defendants; correspondence regarding same. |
| 08/31/09 | 1.00 C. Woods | 540.00 | Correspondence regarding Pagelow and Trachte Trustee motions to dismiss; review motions and proposed orders re same. |

**TOTAL HOURS:** 65.25

**TOTAL SERVICES:** $ 33,941.25

## TIME SUMMARY

| TIMEKEEPER | HOURLY RATE | HOURS | TOTAL |
|---|---|---|---|
| **PARTNERS** | | | |
| C. Draucker | 625.00 | 1.75 | 1,093.75 |
| D. Hughes | 445.00 | 0.50 | 222.50 |
| P. Sefcovic | 840.00 | 2.00 | 1,680.00 |
| C. Woods | 540.00 | 51.50 | 27,810.00 |
| **TOTAL FOR PARTNERS** | | **55.75** | **$ 30,806.25** |
| **ASSOCIATES** | | | |
| K. Blankley | 330.00 | 9.50 | 3,135.00 |
| **TOTAL FOR ASSOCIATES** | | **9.50** | **$ 3,135.00** |

**TOTAL SERVICES:**                                          65.25          **$ 33,941.25**

---

## DISBURSEMENT SUMMARY

| | | |
|---|---|---|
| Express Mail - Fedex | VENDOR: FEDERAL EXPRESS INVOICE#: 929314716 DATE: 8/12/2009 FedEx Delivery; Tracking :797816637555 Send By: Kristen Blankley-Squire, Sanders & Dempsey LLP Shipped On: 08032009; Shipped to: Joseph Barton, Cohen Milstein Sellers & Toll, ; 1100 NEW YORK AVE NW STE 500, WASHINGTON, DC 20005; Received On: 08042009; 010470.00040 | 16.83 |
| Express Mail - Fedex | VENDOR: FEDERAL EXPRESS INVOICE#: 930936673 DATE: 8/26/2009 FedEx Delivery; Tracking :797856765003 Send By: Kristen Blankley-Squire, Sanders & Dempsey LLP Shipped On: 08182009; Shipped to: Joseph Barton, Cohen Milstein Sellers & Toll, ; 1100 NEW YORK AVE NW STE 500, WASHINGTON, DC 20005; Received On: 08192009; 010470.00040 | 16.83 |
| Online services - Lexis/Nexis | Online services - Lexis/Nexis: LEXIS LEGAL SERVICES 8/9, 8/10, 8/17, 8/18. | 780.75 |
| Printing/duplicating-in-house | | 10.44 |
| Telephone | | 39.05 |

**TOTAL DISBURSEMENTS:**                                                    **$ 863.90**

---

## MATTER TOTAL

| | |
|---|---|
| **TOTAL SERVICES:** | **$ 33,941.25** |
| **TOTAL DISBURSEMENTS:** | **$ 863.90** |
| **TOTAL AMOUNT DUE FOR THIS MATTER:** | **$ 34,805.15** |

CONFIDENTIAL                                    AH_EDPA_01475827

# SQUIRE, SANDERS & DEMPSEY L.L.P.

CINCINNATI · CLEVELAND · COLUMBUS · HOUSTON · LOS ANGELES · MIAMI · NEW YORK
PALO ALTO · PHOENIX · SAN FRANCISCO · TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM BEACH
CARACAS · RIO DE JANEIRO · SANTO DOMINGO · SÃO PAULO
BRATISLAVA · BRUSSELS · BUDAPEST · FRANKFURT · KYIV · LONDON · MOSCOW · PRAGUE · WARSAW
BEIJING · HONG KONG · SHANGHAI · TOKYO
ASSOCIATED OFFICES: BUCHAREST · BUENOS AIRES · DUBLIN · SANTIAGO

Alliance Holdings, Inc.
Attn: David B. Fenkell
1021 Old York Road, 3rd Floor
Abington, Pennsylvania 19001

| | |
|---|---|
| Invoice Number: | 8494958 |
| Invoice Date: | 09/04/09 |
| Matter Number: | 010470.00064 |

**Design Tanks, Inc.**

## INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 13,916.25 |
| Disbursements: | $ 0.00 |
| **Amount Due for this Invoice:** | **$ 13,916.25** |

## PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire, Sanders & Dempsey L.L.P. | US Bank | Paul F. Sefcovic |
| P.O. Box 643051 | 425 Walnut St. | 2000 Huntington Center |
| Cincinnati, OH 45264 | Cincinnati, OH 45264 | 41 South High Street |
| Phone: 216.687.3400 | For credit to the account of | Columbus, OH 43215 |
| Fax: 216.687.3401 | Squire, Sanders & Dempsey L.L.P. | United States |
| | Bank Routing #042-0000-13 | Phone: +1.614.365.2700 |
| | Bank Account #576762314 | Fax: +1.614.365.2499 |
| | SWIFT Code: USBKUS44STL | email: psefcovic@ssd.com |

**Please Include Invoice Number with all Payments**
Tax Identification Number 34-0648199

CONFIDENTIAL

AH_EDPA_01475828

SQUIRE, SANDERS & DEMPSEY L.L.P.

010470.00064

09/04/09

Alliance Holdings, Inc. / Design Tanks, Inc.

Page 1

Invoice Number: 8494958

## DESIGN TANKS, INC.

### LEGAL SERVICES

| DATE | HOURS | TIMEKEEPER | AMOUNT | NARRATIVE |
|------|-------|-----------|--------|-----------|
| 08/17/09 | 3.00 | D. Hughes | 1,335.00 | Multiple telephone conferences with T. J. Haas, review and analysis of documents; creation and revisions to model. |
| 08/17/09 | 3.00 | E. Preston | 765.00 | Review Letter of Intent regarding merger and acquisition of Design Tanks; review background information on Design Tanks; conference with D. Hughes; review spreadsheet regarding financial aspects related to Design Tanks acquisition. |
| 08/18/09 | 3.50 | D. Hughes | 1,557.50 | Continued revisions to model for Design Tanks and review of Design Tanks documents; multiple office conferences with E. Preston and A. Swary. |
| 08/18/09 | 2.50 | E. Preston | 637.50 | Review pro-buyer provisions related to merger transactions; outline merger transaction; review South Dakota law related to merger. |
| 08/18/09 | 0.25 | L. Samblanet | 51.25 | Office conference with E. Preston regarding Design Tanks; search South Dakota Secretary of State for information regarding same; provide articles and amendments for same along with form of Certificate of Merger for South Dakota to E. Preston. |
| 08/19/09 | 1.25 | D. Hughes | 556.25 | Continued working on financing documents for fund transaction. |
| 08/19/09 | 1.50 | E. Preston | 382.50 | Review merger agreements including but not limited to related representations and warranties of related parties. |
| 08/19/09 | 4.25 | A. Swary | 1,402.50 | Review samples of Mezzanine loan documentation; meeting with D. Hughes; review Design Tanks letter of intent; prepare form of securities purchase agreement. |
| 08/20/09 | 2.50 | D. Hughes | 1,112.50 | Continued working on Design Tanks transaction and related financing documents. |
| 08/24/09 | 0.75 | E. Preston | 191.25 | Review South Dakota law relating to mergers and acquisitions; review offering memorandum of Design Tanks of South Dakota. |
| 08/25/09 | 2.00 | D. Hughes | 890.00 | Continued working on Loan Documents and Transaction. |
| 08/25/09 | 1.00 | E. Preston | 255.00 | Meeting with D. Hughes regarding merger agreement details; review letter of intent regarding relevant provisions to be included in Merger Agreement. |
| 08/26/09 | 1.00 | D. Hughes | 445.00 | Telephone conference with E. Preston concerning merger agreement structure. |

CONFIDENTIAL

SQUIRE, SANDERS & DEMPSEY L.L.P.

010470.00064

Alliance Holdings, Inc. / Design Tanks, Inc.

Invoice Number: 8494958

| 08/26/09 | 2.25 E. Preston | 573.75 | Review Offering Memorandum related to Design Tanks and related disclosure issues; prepare outline of agreement and plan of merger for Design Tanks. |
| 08/27/09 | 3.00 E. Preston | 765.00 | Draft Agreement and Plan of Merger provisions for Design Tanks, including general effects provisions, definitional sections and termination of shares provisions; review same. |
| 08/28/09 | 6.75 E. Preston | 1,721.25 | Draft Merger Agreement between Alliance, MergCo and Design Tanks, including but not limited to representations and warranties of all relevant parties. |
| 08/31/09 | 5.00 E. Preston | 1,275.00 | Draft Merger Agreement between Alliance and Design Tanks, including but not limited to representations and warranties of the parties, covenants, indemnification provisions and termination provisions; review same. |

**TOTAL HOURS:**                                                                                      **43.50**

**TOTAL SERVICES:**                                                                          **$ 13,916.25**

## TIME SUMMARY

| TIMEKEEPER | HOURLY RATE | HOURS | TOTAL |
|---|---|---|---|
| **PARTNERS** | | | |
| D. Hughes | 445.00 | 13.25 | 5,896.25 |
| **TOTAL FOR PARTNERS** | | **13.25** | **$5,896.25** |
| **ASSOCIATES** | | | |
| E. Preston | 255.00 | 25.75 | 6,566.25 |
| A. Swary | 330.00 | 4.25 | 1,402.50 |
| **TOTAL FOR ASSOCIATES** | | **30.00** | **$7,968.75** |
| **LEGAL ASSISTANTS** | | | |
| L. Samblanet | 205.00 | 0.25 | 51.25 |
| **TOTAL FOR LEGAL ASSISTANTS** | | **0.25** | **$51.25** |
| **TOTAL SERVICES:** | | **43.50** | **$13,916.25** |

SQUIRE, SANDERS & DEMPSEY L.L.P.

010470.00064

09/04/09

Alliance Holdings, Inc. / Design Tanks, Inc.

Page 3

Invoice Number: 8494958

## MATTER TOTAL

| | |
|---|---:|
| TOTAL SERVICES: | $ 13,916.25 |
| TOTAL DISBURSEMENTS: | $ 0.00 |
| TOTAL AMOUNT DUE FOR THIS MATTER: | $ 13,916.25 |