# Exhibit H
# To Declaration of David R. Johanson

# Filed Under Seal
# Pursuant to Protective Order Para. III.F

Deposition of Paul Sheldon, 10/28/14, 8:8-11:8; 11:9-12; 13:10-15; 13:16-20; 26:17-27:7; 28:3-20; 118:11-25; 119:6-12; 123:5-8; 123:25-124:5