# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SPEAR, et al. | : | CIVIL ACTION |
| v. | : | |
| FENKELL, et al. | : | NO. 13-2391 |

## O R D E R

The defendants, Stonehenge Financial Holdings, Inc., John P. Witten, Barry Gowdy, and Ronald D. Brooks (the "Stonehenge Parties") filed a motion to exclude the testimony of plaintiff's expert witness, Michael Mittleman, under Fed. R. Evid. 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993). Doc. No. 627. For the reasons described in the Memorandum filed with this Order, it is on this 23rd day of December, 2016,

### ORDERED

1. That the Stonehenge Parties' motion to exclude plaintiff's expert witness, Michael Mittleman, is denied.

BY THE COURT:

_s/Richard A. Lloret_____
**RICHARD A. LLORET**
**UNITED STATES MAGISTRATE JUDGE**