## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SPEAR, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FENKELL, et al. | : | NO. 13-2391 |

### O R D E R

The defendants, David B. Fenkell, Karen G. Fenkell, and DBF Consulting LLC (the "Fenkell Parties"), filed a motion to exclude expert testimony from Samuel Halpern, Michael Mittleman, and Nick Bubnovich, under Fed. R. Evid. 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993). Doc. No. 635. For the reasons described in the Memorandum filed with this Order, it is on this 23rd day of December, 2016,

ORDERED

1. That the Fenkell Parties' motion to exclude plaintiff's expert witness, Samuel Halpern, is denied;

2. That the Fenkell Parties' motion to exclude plaintiff's expert witness, Michael Mittleman, is denied; and

3. That the Fenkell Parties' motion to exclude plaintiff's expert witness, Nick Bubnovich, is denied.

BY THE COURT:

*s/Richard A. Lloret*_____
**RICHARD A. LLORET**
**UNITED STATES MAGISTRATE JUDGE**